UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**TONYA JACKSON,**

        **Plaintiff,**

**v.**                                    **Case No:  6:17-cv-1679-Orl-22DCI**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

**REPORT AND RECOMMENDATION**

This cause comes before the Court for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. 24)** |
| **FILED:** | **June 18, 2018** |
| | **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**. |

On June 18, 2018, the Commissioner of Social Security filed a Motion for Entry of Judgment with Remand.  Doc. 24 (the Motion).  In the Motion, the Commissioner states that:

> [R]emand would be appropriate in this case to have an Administrative Law Judge (ALJ) further evaluate the medical source opinions and give consideration to Plaintiff's residual functional capacity.  The ALJ will also obtain vocational expert testimony concerning Plaintiff's ability to sit, stand, and walk in conjunction with Plaintiff's other limitations on her ability to perform her past relevant work or other work in the national economy.  The ALJ will also allow Plaintiff or her representative to question the vocational expert.

*Id*. at 1.  In light of the foregoing, the Commissioner requests that her decision be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) so that an ALJ may perform the tasks

detailed above. *Id*. at 1-2. The Motion is unopposed. *Id*. at 1. The undersigned finds the Motion well-taken.

Accordingly, it is **RECOMMENDED** that:

1. The Motion (Doc. 24) be **GRANTED**;

2. The final decision of the Commissioner be **REVERSED** and **REMANDED** to the Commissioner pursuant to sentence four of § 405(g) for the above stated reasons; and

3. The Clerk be directed to enter judgment in favor of Plaintiff and to close the case.

### NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1. . **The parties may file a notice of no objection in they have no objection to this Report and Recommendation.**

Recommended in Orlando, Florida on July 9, 2018.

DANIEL C. IRICK
UNITES STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy

- 2 -