# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TONYA JACKSON,**

      **Plaintiff,**

**v.**                                                                                                              Case No: 6:17-cv-1679-Orl-22DCI

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause is before the Court on the Unopposed Motion for Entry of Judgment with Remand (Doc. No. 24) filed on June 18, 2018.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Joint Statement advising they do not have any objections to the Report (Doc. No. 26), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 9, 2018 (Doc. No. 25), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Unopposed Motion for Entry of Judgment with Remand is hereby GRANTED.

3. The final decision of the Commissioner is hereby REVERSED and REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. §405(g).

4. The Clerk is directed to enter judgment in favor of Plaintiff and CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on July 16, 2018.

*[Signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties