# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TONYA JACKSON,**

    **Plaintiff,**

v.                                                             Case No.   6:17-cv-1679-ACC-DCI

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This cause is before the Court on Plaintiff's Unopposed Request for Authorization to Charge A Reasonable Fee Pursuant to 42 U.S.C. § 406(b) (Doc. 33) filed on March 17, 2023.

The United States Magistrate Judge has submitted a report recommending that the Motion be **GRANTED**. (Doc. 34)

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 20, 2023 (Doc. 34) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Unopposed Request for Authorization to Charge A Reasonable Fee Pursuant to 42 U.S.C. § 406(b) (Doc. 33) is hereby **GRANTED**.

3. Plaintiff's counsel is authorized to charge and collect from Plaintiff **$2,722.75** in attorney fees pursuant to § 406(b).

**DONE** and **ORDERED** in Orlando, Florida on April 5, 2023.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties